UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA MARY NASTASE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIL HEALTH SERVICES et al., ) <br> ) <br> Defendants, ) <br> _____ ) | Case No.  C04-1403-JCC-JPD <br><br> ORDER DISMISSING <br> FOR FAILURE TO PROSECUTE |

On June 15, 2004, plaintiff filed with the Court a civil rights complaint pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 1. Between June 21, 2004, and July 20, 2004, the Court successfully corresponded with plaintiff by U.S. Mail at her King County Regional Justice Center (the "Jail") address to correct a deficiency in her IFP Application. Dkt. Nos. 3-6.  Subsequent correspondence mailed by the Court to plaintiff, however, apparently has been returned with the handwritten notation "not in King County Jail,"or words to that effect. Despite Court order, plaintiff has failed to provide her current mailing address. Dkt. Nos. 34-36.

Based on the foregoing, the Court hereby ORDERS:

(1) Because plaintiff has failed to properly inform the Court and opposing parties of her current mailing address, her case is dismissed, without prejudice, for failure to prosecute. *See* CR. 41(b).

ORDER DISMISSING- 1

1  (2) The Clerk is directed to send copies of this Order to plaintiff and to the

2 Honorable John C. Coughenour.

3  DATED this 20th day of April, 2005.

4

5                              s/ JAMES P. DONOHUE
                               United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER DISMISSING- 2