UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LAURA MARY NASTASE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   C04-1403 JCC |
| | ) | |
| v. | ) | |
| | ) | |
| JAIL HEALTH SERVICES, *et al*., | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 15, 2004, plaintiff filed with the Court a civil rights complaint pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 1. Between June 21, 2004, and July 20, 2004, the Court successfully corresponded with plaintiff by U.S. Mail at her King County Regional Justice Center (the "Jail") address to correct a deficiency in her IFP Application. Dkt. Nos. 3-6. Subsequent correspondence mailed by the Court to plaintiff, however, apparently has been returned with the handwritten notation "not in King County Jail,"or words to that effect. Despite Court order, plaintiff has failed to provide her current mailing address. Dkt. Nos. 34-36.

REPORT AND RECOMMENDATION
PAGE - 1

Because over sixty days have passed since mail directed by the Clerk to plaintiff at her address of record was returned by the post office, and because plaintiff has not notified the Court of her current address, this action should be DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2). A proposed order accompanies this Report and Recommendation.

DATED this 26th day of April, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2