UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA MARY NASTASE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIL HEALTH SERVICES, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C04-1403-JCC-JPD <br><br><br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the Court record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to plaintiff at her last known address, and to the Honorable James P. Donohue.

DATED this _27th__ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE